14-13-01122-CR

APPELLANT:

LORENZO DWAYNE JONES, S P N 00406866
1200 BAKER STREET CELL 2-F-1 HOUSTON TEXAS
77002 - T D C J - I D SID NUMBER 0292628

ATTORNEY(S) FOR THE STATE:
CORDT AKERS - S B N 24080122 - COURTNEY
ROSEN S B N 24086578 ASST. DISTRICT
ATTORNEY(S) HARRIS CO. D. A'S OFFICE 1201
FRANKLIN, SUITE 400 HOUSTON, TEXAS 77002

DEFENSE COUNSEL AT TRIAL:
KELLY ANN SMITH S B N 00797867
LAW OFFICE OF KELLY A. SMITH P.O. BOX 10751
HOUSTON, TEXAS 77206 - SHIRLEY CORNELIUS
S B N 04831900 LAW OFFICE OF SHIRLEY
CORNELIUS P.O. BOX 924544 HOUSTON, TEXAS 77292

TRIAL JUDGE: HONORABLE LESLIE BROCK - YATES
PRESIDING JUDGE 184 TH DISTRICT COURT
HOUSTON, TEXAS 77002

COUNSEL FOR APPELLANT:
MARK A. RUBAL S B N 17360325
15150 MIDDLEBROOK DR.
HOUSTON, TEXAS 77058

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
JUL 01 2015
CHRISTOPHER A. PRINE
CLERK

CONTINUE: ACT OR HARM CAUSED:

THE HARRIS COUNTY DISTRICT ATTORNEY(S) OFFICE AND THE HOUSTON POLICE DEPARTMENT.

THE HARRIS COUNTY CRIMINAL JUSTICE SYSTEM NEEDS REFORMING THAT MODIFIES TEXAS LAW(S) TO HELP PREVENT FUTURE ABUSE. THE HARRIS COUNTY DISTRICT ATTORNEY(S) OFFICE AND THE HOUSTON POLICE DEPARTMENT INTENTIONALLY AND BLATANTLY ACTED OUTSIDE OF EXISTING TEXAS LAW(S) AND FEDERAL LAW(S) UNDER THE GUISE OF ENFORCING TEXAS AND FEDERAL LAW(S).

THE HARRIS COUNTY DISTRICT ATTORNEY(S) ASST: CORDT AKERS: S B N 24080122 - COURTNEY ROSEN S B N 24086578 DECEITFULLY LIED AND MAN- IPULATED THE TRUTH IN MISLEADING THE TRIAL COURT - THE TRIAL JURY - GRAND JURY THAT I AM A VIOLENT PERSON AND A CONTINUING THREAT TO SOCIETY, TO IMPEACH MY TESTIMONY AND PREJUDICE THE TRIAL JURY AGAINST ME IN USING MY PRIOR CONVICTIONS AS LEVERAGE TO OBTAIN A CONVICTION IN THEIR FAVOR WHEN I TESTIFIED CONCERNING MY RIGHT TO FREE SPEECH. THE DISTRICT ATTORNEY(S) JOB IN NOT TO CONVICT PEOPLE WHO THE D.A. BELIEVES OR HAS REASON TO BELIEVE IS GUILTY

CONVICTING SOMEBODY WRONGFULLY OR WITHOUT PROPER EVIDENCE IN MY MIND IS NOT SEEING THAT JUSTICE IS DONE.

THE HOUSTON POLICE DEPT. POLICE OFFICER(S) OFFICER(S) MONICA MARSH AND ADAM BUSHFIELD: ABUSED THEIR AUTHORITY - MISAPPLYED THE LAW - RACIAL AND MINORITY PROFILING - UNNECESSARY USE OF EXCESSIVE FORCE.

IN TRIAL TESTIMONY, I TESTIFIED IN COURT UNDER OATH THAT I TOLD HOUSTON POLICE OFFICER'S MONICA MARSH AND ADAM BUSHFIELD THAT I DON'T FEEL SORRY FOR POLICE OFFICER(S) WHEN SOMEBODY BLOWS THEM AWAY, BECAUSE THEY ARE ALWAYS MESSING WITH SOMEONE FOR NO REASON. I ALSO TOLD OFFICER MARSH SHE COULD SUCK MY DICK. I DENIED MAKING ALL THE OTHER ALLOCATIONS OR STATEMENTS. THE PRO-SECUTOR WAS ALLOWED TO IMPEACH MY TESTIMONY BY USING MY PRIOR CONVICTIONS TO PREJUDICE THE TRIAL JURY AGAINST ME TO SWAY THE JURY TO CONVICT IN THEIR FAVOR, BY IMPLYING THAT I AM A VIOLENT PERSON. THE POLICE OFFICER(S) AND THE DISTRICT ATTORNEY(S) MADE THE DECISION OVER THEIR CELL

PHONES TO CHARGE ME WITH PUBLIC INTOXICATION AN A INSTANT CHARGE OF RETALIATION ON A PUBLIC SERVANT, AND THAT THEY FEAR FOR THEIR LIVES SO I NEED TO BE PUT AWAY FOR AWHILE. THE PROSECUTOR HAS FAILED TO SHOW INTENT OR TO PROVE BEYOND A REASONABLE DOUBT THAT THE POLICE OFFICER(S) ALLOCATIONS OR STATEMENTS ALLEDGED OR TRUE OR WERE EVEN MADE

THE PREVIOUS DECISION AND CONVICTION BY THE HARRIS COUNTY COURT(S) AND THE DISTRICT ATTORNEY(S) OFFICE AND THE PRESENT CRIMINAL JUSTICE SYSTEM GAVE SHORT SHRIFT TO THE FIRST AMENDMENT AND CONSTITUTED PRIOR RESTRAINST A PROHIBITION ON FREE SPEECH BEFORE IT TOOK PLACE. MY CONVICTION AND SENTENCING FAR EXCEEDED ANY REASONABLE EXPECTATION. IT WAS BASED COMPLETELY ON CIRCUM-STANTIAL RATHER THAN HARD OR CONCLUSIVE EVIDENCE. THE UNITED STATES CONSTITUTION PROTECTS INDIVIDUALS AGAINST IMPRISONMENT DUE TO FREE SPEECH, EVEN IF IT'S OFFENSIVE. IN A NARROW FREE-SPEECH RULING, THE UNITED STATES SUPREME COURT MADE IT A LITTLE HARDER MONDAY JUNE 1ST 2015 TO PROSECUTE PEOPLE FOR MAKING THREATENING STATEMENTS, WHILE STEERING CLEAR OF THE

CONTINUE:

FIRST AMENDMENT, THE COURT IN A 7-2 DECISION REVERSED THE CONVICTION OF A PENNSYLVANIA MAN WHOSE FACE BOOK POSTINGS SEEMED THREATENING TO HIS ESTRANGED WIFE. THE COURT SAID PROSECUTORS NEEDED TO PROVE THAT THE SPEAKER HAD SOME AWARENESS THAT HE WAS DOING SOMETHING WRONG. FEDERAL CRIMINAL LIABILITY GENERALLY DOES NOT TURN SOLELY ON THE RESULTS OF AN ACT WITHOUT CONSIDERING THE DEFENDANTS MENTAL STATE. CHIEF JUSTICE JOHN ROBERTS JR. WROTE. WRONGDOING MUST BE CONSCIOUS TO BE CRIMINAL. THE REASONING IN ROBERTS MAJORITY OPINION MIGHT HELP OTHERS IN SIMILAR CIRCUMSTANCES. STEVEN R. SHAPIRO, NATIONAL LEGAL DIRECTOR OF THE AMERICAN CIVIL LIBERTIES UNION, PRAISED THE DECISION AS ONE THAT PROPERLY RECOGNIZES THAT THE LAW HAS FOR CENTURIES REQUIRED THE GOVERNMENT TO PROVE CRIMINAL INTENT BEFORE PUTTING SOMEONE IN JAIL. THAT PRINCIPLE IS ~~HS~~ ESPECIALLY IMPORTANT WHEN A PROSECUTION IS BASED ON A DEFENDANT'S WORDS SHAPIRO SAID IN A STATEMENT. ROBERTS NOTED THAT ELONIS CONVICTION WAS PREMISED SOLELY ON HOW HIS STATEMENT'S POSTED WOULD BE UNDERSTOOD BY A REASONABLE PERSON. ROBERTS SAID THAT WHILE THE REASONABLE PERSON STANDARD WAS A FAMILIAR FEATURE OF CIVIL LIABILITY IN TORT LAW, IT IS INCONSISTENT WITH THE CONVENTIONAL REQUIREMENT FOR CRIMINAL CONDUCT. AWARENESS OF SOME WRONGDOING.

P.6 CONTINUE:

THE FOURTEENTH COURT OF APPEALS AFFIRM AFFIRMED
THE CONVICTION AND FILED MEMORANDUM OPINION
FEBRUARY 26 TH 2015 PANEL CONSISTS OF JUSTICES
"JAMISON - BUSBY - BROWN"

THE FOURTEENTH COURT OF APPEALS
NO. 14 -13 -01122- CR
LORENZO DWAYNE JONES, APPELLANT
V.
THE STATE OF TEXAS, APPELLEE
ON APPEAL FROM THE 184 TH DISTRICT COURT
HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 1388256
HONORABLE LESLIE BROCK - YATES, PRESIDING

OFFICAL NOTICE FROM THE COURT OF CRIMINAL APPEALS

APRIL 29TH 2015    COA NO 14 -13- 01122- CR
JONES, LORENZO DWAYNE   TR. CT. NO. 1388256
P.D -0318 -15  ON THIS DAY, THE APPELLANT'S
PETITION FOR DISCRETIONARY REVIEW HAS BEEN
REFUSED. JUDGE NEWELL NOT PARTICIPATING.
ABEL ACOSTA, CLERK

I AM CURRENTLY SEEKING FURTHER REVIEW OF
MY CONVICTION(S) THROUGH A STATE HABEAS CORPUS

CONTINUE:

PROCEEDING, CHAPTER 11 OF THE TEXAS CODE OF CRIMINAL PROCEDURE DETAIL'S THE PROCESS FOR A STATE HABEAS CORPUS PROCEEDING, SEEKING RELIEF FROM FINAL FELONY CONVICTION UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07. THE APPLICATION CONCERNS A CONVICTION - A SENTENCE - TIME CREDIT - PAROLE - MANDATORY SUPERVISION - OUT OF TIME APPEAL OR PETITION FOR DISCRETIONARY REVIEW. A MOTION FOR A NEW TRIAL WAS FILED DECEMBER 31ST 2013 WHICH WAS DENIED BECAUSE OF OPERATION OF LAW.

THE UNITED STATES CONSTITUTION STATE'S THAT CONGRESS SHALL MAKE NO LAW ABRIDGING FREE SPEECH. THE STATE OF TEXAS HAS MADE A LAW ABRIDGING MY RIGHT TO FREE SPEECH

VIOLATION OF FEDERAL CIVIL RIGHTS : CLAIM BASED ON

(1) FREE SPEECH   1ST AMENDMENT RIGHT
(2) UNLAWFUL INCARCERATION
(3) RIGHT TO DUE PROCESS AND RIGHT TO FAIR TRIAL

A CIVIL FEDERAL WRIT OF HABEAS CORPUS ~~ON~~ IS ON FILE WITH THE SOUTHERN DISTRICT FEDERAL COURTS HONORABLE SIM LAKE, PRESIDING